IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 5:07-CR-50042-JLH
                                No. 5:09-CV-05010-JLH

DANIEL WARREN DOWDY                                         DEFENDANT

### O R D E R

Now on this 3rd day of April, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #25, filed March 9, 2009), in this matter, to which the United States of America filed a response (Doc. #20) and the Petitioner filed a Reply (Doc. #24) and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. Section 2255(Doc. #17)is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

> **/s/Jimm Larry Hendren**
> **HON. JIMM LARRY HENDREN**
> **UNITED STATES DISTRICT JUDGE**