# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>DANIEL WARREN DOWDY | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.   5:07CR50042-001<br>USM No.   08094-010<br><br>Kimberly R. Weber<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) <u>1-6</u> of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Standard Condition No. 9: Association | September 6, 2023 |
| 2 | Special Condition No. 5: Unauthorized Use/Access to the Internet | September 6, 2023 |
| 3 | Standard Condition No. 9: Association | September 11, 2024 |
| 4 | Special Condition No. 5: Unauthorized Use/Access to the Internet | September 11, 2024 |
| 5 | Mandatory Condition: Must Register as a Sex Offender/Laws Violation | September 11, 2024 |
| 6 | Mandatory Condition: Laws Violation | November 13, 2024 |

The defendant is sentenced as provided on page <u>  2  </u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The Court granted the government's motion to dismiss violation(s) _____, without prejudice.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   2228

Defendant's Year of Birth:   1968

City and State of Defendant's Residence:
   Farmington, Arkansas

August 6, 2025
Date of Imposition of Judgment

*/s/ Timothy L. Brooks*
Signature of Judge

Honorable Timothy L. Brooks, United States District Judge
Name and Title of Judge

August 8, 2025
Date

AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
                      Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:        DANIEL WARREN DOWDY
CASE NUMBER:      5:07CR50042-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **four (4) months, to run consecutive to the twenty-two (22) months imposed in Docket No.: 5:24CR50063-001. There is no term of supervised release to follow in this case.**

☒ The court makes the following recommendations to the Bureau of Prisons:
**That the BOP medical designators make themselves aware of the defendant's diagnosis of pulmonary sarcoidosis and the medications that he takes and assess whether the defendant is a candidate for placement at a federal medical facility.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
　☐ at _____ ☐ a.m. ☐ p.m. on _____
　☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　☒ before 1 p.m. on   September 3, 2025
　☐ as notified by the United States Marshal.
　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL